# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN CARROLL,** | : | No. 3:16cv1509 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **COMPREHENSIVE WOMEN'S** | : | |
| **HEALTH SERVICES,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 18th day of January 2017, plaintiff's motion seeking leave to file a second amended complaint (Doc. 15) is **GRANTED**. Plaintiff is directed to file her second amended complaint within seven (7) days.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**