IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN CARROLL, | : | No. 3:16cv1509 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| COMPREHENSIVE WOMEN'S | : | |
| HEALTH SERVICES; | : | |
| DAVID KREWSON, and | : | |
| ROBERT ZIMMERMAN, | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 27th day of September 2017, it is hereby

**ORDERED** that:

1) Defendants' motion for summary judgment (Doc. 34) on Count I of plaintiff's second amended complaint (Doc. 26) is **DENIED**; and

2) Defendants' motion for summary judgment on Counts II; III; IV; and V of plaintiff's second amended complaint (Doc 26) is **GRANTED**.

                                           **BY THE COURT:**

                                           s/ James M. Munley
                                           JUDGE JAMES M. MUNLEY
                                           United States District Court