# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN CARROLL, | : | No. 3:16cv1509 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| COMPREHENSIVE WOMEN'S | : | |
| HEALTH SERVICES; | : | |
| DAVID KREWSON, and | : | |
| ROBERT ZIMMERMAN, | : | |
| Defendants | : | |

............................................................................................................

## ORDER

**AND NOW**, to wit, this 16th day of November 2017, it is hereby **ORDERED** that:

1) Defendants' motion in limine seeking to bifurcate trial (Doc. 53) is **DENIED**; and

2) Defendants' motion in limine seeking to preclude evidence of and reference to any other discrimination claim filed against them, including but not limited to the lawsuit filed by Judy Nagle, (Doc. 55) is **GRANTED** in part and **DENIED** in part as follows:

    a. Evidence of and reference to Judy Nagle's or any other discrimination lawsuit against defendants is precluded as substantive evidence; but

b. Evidence of and reference to Judy Nagle's or any other discrimination lawsuit against defendants is not precluded for impeachment purposes.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**