AO 450 (Rev1/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# for the
# MIDDLE DISTRICT OF PENNSYLVANIA

KATHRYN CARROLL,

                              3:16cv1509

                             (Judge Munley)

    Plaintiff
    v.

COMPREHENSIVE WOMEN'S HEALTH SERVICES,
    Defendants

## JUDGMENT IN A CIVIL ACTION

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on March 16, 2018.

[ ] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    Judgment be and is hereby entered in favor of the Defendant, Comprehensive Women's Health Services, and against the Plaintiff, Kathryn Carroll.

                                  PETER J. WELSH
                                  Acting Clerk of Court

March 16, 2018
Date

                                  Deputy Clerk